**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 0 9 2016

MATTHEW J. DYKMAN
CLERK

AO 243 (Rev. 5/85)    MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District NEW MEXICO | | |
|---|---|---|---|
| Name of Movant Krisohn Adakai | Prisoner No. 67667-051 | Case No. 1:13CR02062-001 MCA | |
| Place of Confinement FCI-Aliceville Aliceville, Alabama | | 16 cv 407 MCA/KBM | |

UNITED STATES OF AMERICA       v.    Krisohn Adakai
                                      (name under which convicted)

MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court - District of New Mexico

2. Date of judgment of conviction  September 12, 2013

3. Length of sentence  11 yrs

4. Nature of offense involved (all counts)  Title 18: 1153 and 1111 Second Degree Murder

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☑
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   NONE

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  N/A  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☑



AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ N/A _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☑

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____ N/A _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☑

        (5) Result _____ N/A _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____ N/A _____

        (3) Grounds raised _____ N/A _____



AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☑

    (5) Result _____ N/A _____

    (6) Date of result _____ N/A _____

  (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☑
    (2) Second petition, etc.  Yes ☐ No ☑

  (d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

> I asked my Attorney for an appeal after sentencing because I did not know about the law and needed it to be explained to me. He didn't explain anything to me and I don't believe an appeal was filed because I never heard from my Attorney or the court.
>
> I don't know about the law and it was never explained to me. I want to appeal my sentence

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    <u>CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

  For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
  Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): Defense counsel failed to file a notice of appeal after sentencing when I asked was there anything that could be done to help me get a lower sentence

B. Ground two: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): Defense counsel failed to petition the court to order a mental evaluation and assessment

C. Ground three: Violation of Constitutional Right - Amendment V - Due Process

Supporting FACTS (state *briefly* without citing cases or law): Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea



AO 243 (Rev. 5/S5)

    D. Ground four: **INEFFECTIVE ASSISTANCE OF COUNSEL**

    Supporting FACTS (state *briefly* without citing cases or law): **Defense counsel failed to explain the appeal process**

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: **none**

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing    **Attorney of record**

    (b) At arraignment and plea    **Attorney of record**

    (c) At trial    **none**

    (d) At sentencing    **Attorney of record**



AO 243 (Rev. 5/85)

(e) On appeal _____ none

(f) In any post-conviction proceeding _____ none

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ none

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____ none

    (b) Give date and length of the above sentence: _____ none

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____ none
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
April 25, 2016
(date)

_____ [signature]
Signature of Movant

(7)





Kristohn Adakai #67667-051
Federal Correctional Institution-Aliceville
P.O. Box 4000
Aliceville, Alabama 35442

**RECEIVED**
At Albuquerque NM

MAY 09 2016

MATTHEW J. DYKMAN
CLERK

⇔67667-051⇔
District Courthouse
333 Lomas BLVD NW
Albuquerque, NM 87102
United States